# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § <br> § <br> §   **CASE NO. 1:14-CR-00061-1-TH** <br> § |
| **v.** | § <br> § <br> § |
| **JAMES LEE JONES, SR.** | § <br> § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the first allegation in the petition that he failed to follow a special condition of release;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 10 months' imprisonment, which shall include 85 days' unserved community confinement, with no supervised release to follow. His term of imprisonment should be served at the Federal Correctional Institute in El Reno, Oklahoma, if the Bureau of Prisons can accommodate such request.

Neither party has filed objections to Judge Hawthorn's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and James Lee Jones, Sr.'s supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**SIGNED** this the **21** day of **August, 2018.**

_____
Thad Heartfield
United States District Judge